# EXHIBIT A



**CT Corporation**
**Service of Process Notification**
06/25/2026
CT Log Number 552597206

## Service of Process Transmittal Summary

**TO:**    Jeannette Knudsen, VP, Gen. Csl. & Corporate Secretary
The J.M. Smucker Company
1 Strawberry Ln
Orrville, OH 44667-1298

**RE:**    **Process Served in Ohio**

**FOR:**    The J.M. Smucker Company  (Domestic State: OH)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | MELANIE MULCONREY, individually and on behalf of all others similarly situated vs. THE J.M. SMUCKER COMPANY |
| **CASE #:** | 2026LA000512 |
| **PROCESS SERVED ON:** | C T Corporation System, Columbus, OH |
| **DATE/METHOD OF SERVICE:** | By Process Server on 06/25/2026 at 14:18 |
| **JURISDICTION SERVED:** | Ohio |
| **ACTION ITEMS:** | CT will retain the current log |
| | Image SOP |
| | Email Notification,  Jeannette Knudsen  jeannette.knudsen@jmsmucker.com |
| | Email Notification,  Kimberly Weese  kimberly.weese@jmsmucker.com |
| | Email Notification,  Jackie Welch  jackie.welch@jmsmucker.com |
| | Email Notification,  Roxanne Cool  roxanne.cool@jmsmucker.com |
| | Email Notification,  Lolita Kumar  lolita.kumar@jmsmucker.com |
| | Email Notification,  Nessa Forman  nessa.forman@jmsmucker.com |
| **REGISTERED AGENT CONTACT:** | C T Corporation System |
| | 4400 Easton Commons Way |
| | Suite 125 |
| | Columbus, OH 43219 |
| | 866-401-8252 |
| | LargeCorporationTeam@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

# PROCESS SERVER DELIVERY DETAILS

**Date:**                                       Thu, Jun 25, 2026

**Server Name:**                          Drop Service

| | |
|---|---|
| Entity Served | THE J. M. SMUCKER COMPANY |
| Case Number | 2026LA000512 |
| Jurisdiction | OH |

| Inserts |
|---|
| |



# SUMMONS

IN THE STATE OF ILLINOIS, CIRCUIT COURT

☑ **Alias Summons**

*Check if this is not the 1ˢᵗ Summons issued for this Defendant/Respondent.*

**COUNTY:** Will
*County Where You Are Filing the Case*

Enter the case information as it appears on your other court documents.

**PLAINTIFF/PETITIONER OR IN RE:** MELANIE MULCONREY
*Who started the case.*           *First, Middle, and Last Name, or Business Name*

**DEFENDANTS/RESPONDENTS:** THE J.M. SMUCKER COMPANY
*Who the case was filed against.*

*First, Middle, and Last Name, or Business Name*

2026LA000512
**Case Number**

## The Defendant/Respondent named above has been sued. Read this form for information about how to respond to this lawsuit. Also see page 4 for next steps.

**For the person filling out this form: Read all instructions in this box.**

This *Summons* can only be used for certain types of cases. See the *How To Serve a Summons* Instructions for more information: ilcourts.info/how-to-summons.

Check 1 if this is a 30-day summons or check 2 if this is a date certain summons. Fill in all the information in 1 or 2.

- Use a **date certain summons** if you are asking for money of $50,000 or less or recovery of your personal property that you think the Defendant has, and for some mandatory arbitration cases. In 2, fill in your court date and how to go to court. You may get the court date when you e-file or you may need to ask the Circuit Clerk's office.

- Use a **30-day summons** for most other case types.

Complete the rest of the form with the Defendant/Respondent's information and information about the lawsuit.

**If you are suing more than 1 Defendant/Respondent**, attach an *Additional Defendant/Respondent Address and Service Information* form for **each** additional Defendant/Respondent.

## ☑ 1. 30-DAY SUMMONS

To participate in this case, you must **file** your *Appearance* and *Answer/Response* forms with the court within 30 days after you are served with this *Summons* (not counting the day of service) by e-filing or at:

Court Address: 100 W. Jefferson Street, Joliet, IL 60432
*Courthouse Street Address*

**- or -**

## ☐ 2. DATE CERTAIN SUMMONS

*Your court date is listed below. Information about getting a court date and how to attend is available from the Circuit Clerk. You can find their contact information at ilcourts.info/clerks.*

To respond to this *Summons*, you must **attend court** in one of the ways checked below on:

_____ at _____ ☐ a.m. ☐ p.m. in _____.
*Month, Day, Year*                    *Time*                              *Courtroom Number*

*This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts. Forms are free at ilcourts.info/forms.*
ATJ 1503.8                              Page 1 of 6                              (08/25)

Case Number 2026LA000512

## Going to Court for a Date Certain Summons

Court dates may be in-person, remote, or a combination of in-person and remote.

☐ **In person** at: _____
<br>*Courtroom Address*      *Courtroom Number*

☐ **Remotely** (video or telephone)

**By video conference** at: _____
<br>*Video Conference Website*

Log-in information: _____
<br>*Video Conference Log-in Information, Meeting ID, Password, etc.*

**By telephone** at: _____
<br>*Call-in Number for Telephone Remote Appearance*

To find out more about remote court options:

Phone: _____ or Website: _____
<br>*Circuit Clerk's Phone Number*      *Website URL*

## 3. ADDITIONAL INFORMATION ABOUT THE LAWSUIT

a. I am asking for the following amount of money in my *Complaint/Petition*: $ __see complaint__ .
<br>         *(Enter 0 if you are not asking for money)*

b. I am asking for the return of tangible personal property (items in the Defendant/Respondent's possession) in my *Complaint/Petition*.

☐ Yes   ☑ No

## 4. DEFENDANT/RESPONDENT'S INFORMATION

a. Number of Defendants/Respondents being served:

☑ I am having 1 Defendant/Respondent served and their information is on this form below.

☐ I am having more than 1 Defendant/Respondent served. The first is listed below. I have attached *Additional Defendant/Respondent Address and Service Information* forms for the following number of additional Defendants/Respondents: _____.
<br>         *Number*

b. First Defendant/Respondent's **primary address/information** for service:

Name: THE J.M. SMUCKER COMPANY
<br>     *First, Middle, and Last Name, or Business Name*

Registered Agent's Name *(if you are serving the Registered Agent of a business)*:

c/o: CT Corporation System (Registered agent)
<br>     *First, Middle, and Last Name*

Street Address: 4400 Easton Commons Way, Suite 125
<br>     *Street, Apt #*

City, State, ZIP: Columbus, OH 43219
<br>     *City*      *State*      *Zip*

Telephone: _____ Email: _____

Case Number 2026LA000512

c. **Second address** for this Defendant/Respondent:

☑ I do **not** have another address where the Defendant/Respondent might be found.

☐ I have another address where this Defendant/Respondent might be found. It is:

Street Address: _____
　　　　　　　　　　　*Street, Apt #*

City, State, ZIP: _____
　　　　　　　　　　*City*　　　　　　　　　　　　　　　*State*　　　*Zip*

Telephone: _____　Email: _____

d. Person who will serve your documents on this Defendant/Respondent:

☐ Sheriff in Illinois ☑ Special process server ☐ Licensed private detective

☐ Sheriff outside Illinois: _____
　　　　　　　　　　　　*County & State*

---

**PLAINTIFF/PETITIONER INFORMATION:**

*Enter your information below.*

Name Melanie Mulconrey
　　　*First, Middle and Last Name*

Registered Agent's name, if any c/o: Steven Perry, Law Offices of Todd M. Friedman
　　　　　　　　　　　　　　　　　　*First, Middle and Last Name*

Street Address 555 Skokie Blvd., Suite 500
　　　　　　　　*Street, Apt #*

City, State, ZIP: Northbrook, IL 60062
　　　　　　　　　　*City*　　　　　　　　　　　　　*State*　　　*Zip*

Telephone: (224) 218-0875　　Email: steven.perry@toddflaw.com

Be sure to **check your email every day** so you do not miss important information, court dates, or documents from other parties.

---

**STOP** The Circuit Clerk and officer or process server will fill in this section.

**To be filled in by the Circuit Clerk:**

Witness this Date: ___6/18/2026 4:04 PM___

Clerk of the Court: ___Andrea Lynn Chasteen___

**To be filled in by an officer or process server:**

Date of Service: _____

*Fill in the date above and give this copy of the Summons to the person served.*

---

**Note to officer or process server:**

○ If **1** is checked, this is a 30-day *Summons* and must be served within 30 days of the witness date.

○ If **2** is checked, this is a date certain *Summons* and must be served at least 21 days before the court date, unless **3b** is checked yes.

　■ If **2** is checked **and 3b** is checked yes, the *Summons* must be served at least 3 days before the court date.

○ Fill in the date above and give this copy of the *Summons* to the person served.

○ You must also complete the attached *Proof of Service* form and file it with the court or return it to the Plaintiff.



Case Number 2026LA000512

# WHAT'S NEXT

## NEXT STEPS FOR PERSON FILLING OUT THIS FORM:

When you file a lawsuit, you must notify the person or business you are suing of the court case by having the *Summons* and Complaint or Petition delivered to them. This is called "serving" them.

File your *Summons* and Complaint or Petition with the Circuit Clerk in the county where your court case should be filed. The Circuit Clerk will "issue" the *Summons* by putting a court seal on the form.

Have the sheriff or a private process server serve the *Summons* and a copy of the Complaint or Petition on the Defendant/Respondent. You cannot serve the *Summons* yourself.



> Learn more about each step in the process and how to file in the instructions:
> ilcourts.info/how-to-summons.



## NEXT STEPS FOR PERSON RECEIVING THIS DOCUMENT:

**You have been sued:**
- ⊙ Read all documents attached to this *Summons*.
- ⊙ All documents referred to in this *Summons* can be found at ilcourts.info/forms. Other documents may be available from your local Circuit Court Clerk's office or website.
- ⊙ You may be charged filing fees, but if you cannot pay them, you can file an *Application for Waiver of Court Fees (Civil)*.
- ⊙ When you go to court, it is possible that the court will allow you to attend the first court date in this case in-person or remotely by video or phone. Contact the Circuit Court Clerk's office or visit the Court's website to find out whether this is possible and, if so, how to do this.

**If Section 1 on page 1 of this *Summons* is checked (30-day summons):**
- ⊙ You **must** file official documents called an *Appearance* and an *Answer/Response* with the court within 30 days of the date you were served with this *Summons*.
- ⊙ If you do not file an *Appearance* and *Answer/Response* on time, the judge may decide the case without hearing from you. This is called "default." As a result, you could lose the case.
- ⊙ After you fill out the necessary documents, you need to electronically file (e-file) them with the court. To e-file, you must create an account with an e-filing service provider. For more information, go to ilcourts.info/efile. If you cannot e-file, you can get an exemption that allows you to file in-person or by mail.
- ⊙ You should be notified of any future court dates.

**If Section 2 on page 1 of this *Summons* is checked (date certain summons):**
- ⊙ You **must** attend court on the date listed in Section 2 of this *Summons*.
- ⊙ If you do not attend that court date, the judge may decide the case without hearing from you. This is called "default." As a result, you could lose the case.

**Need Help? ¿Necesita ayuda?**
- ⊙ Call or text Illinois Court Help at 833-411-1121 or go to ilcourthelp.gov for information about going to court, including how to fill out and file documents.
- ⊙ Llame o envíe un mensaje de texto a Illinois Court Help al 833-411-1121, o visite ilcourthelp.gov para obtener información sobre los casos de la corte y cómo completar y presentar formularios.
- ⊙ You can also get free legal information and legal referrals at illinoislegalaid.org.
- ⊙ If there are any words or terms that you do not understand, please **visit Illinois Legal Aid Online** at ilao.info/glossary. You may also find more information, resources, and the location of your local legal self-help center at: ilao.info/lshc-directory.

*Case Number* 2026LA000512

# PROOF OF SERVICE OF SUMMONS AND COMPLAINT/PETITION

IN THE STATE OF ILLINOIS, CIRCUIT COURT

☑ **Alias Summons**
*Check if this is not the 1st Summons issued for this Defendant/Respondent.*

**COUNTY:** Will
*County Where You Are Filing the Case*

*Enter the case information as it appears on your other court documents.*

**PLAINTIFF/PETITIONER OR IN RE:** MELANIE MULCONREY
*Who started the case.*          *First, Middle, and Last Name, or Business Name*

2026LA000512
**Case Number**

**DEFENDANTS/RESPONDENTS:** THE J.M. SMUCKER COMPANY
*Who the case was filed against.*

*First, Middle, and Last Name, or Business Name*

**STOP** Do not complete the rest of the form. **The sheriff or special process server will fill in the form.**
Give them one copy of this blank *Proof of Service* form for each Defendant/Respondent who will be served.

My name is _____ and I state:
*Officer/Process Server First, Middle, Last Name*

## SERVICE INFORMATION

Defendant/Respondent: · _____
*First, Middle, Last Name, or Business Name*

☐ I was not able to serve the *Summons* and Complaint/Petition on the Defendant/Respondent named above.

**- or -**

☐ I served the *Summons* and Complaint/Petition on the Defendant/Respondent named above as follows:

☐ **Personally** on the Defendant/Respondent:
☐ Male ☐ Female ☐ Non-Binary Approx. Age: _____ Race: _____

On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

Address, Unit#: _____

City, State, ZIP: _____

☐ On **someone else at the Defendant/Respondent's home** who is at least 13 years old and is a family member or lives there:
Name of person served: _____
*First, Middle, Last Name*
☐ Male ☐ Female ☐ Non-Binary Approx. Age: _____ Race: _____

On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

Address, Unit#: _____

City, State, ZIP: _____
and by sending a copy to this Defendant/Respondent in a postage-paid, sealed envelope to the above

address on this date: _____ .

Case Number 2026LA000512

☐ On the **Business's agent:** _____

*First, Middle, Last Name*

☐ Male ☐ Female ☐ Non-Binary   Approx. Age: _____   Race: _____

On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

Address, Unit#: _____

City, State, ZIP: _____

## SERVICE ATTEMPTS

I made the following attempts to serve the *Summons* and Complaint/Petition on the Defendant/Respondent:

**First Attempt:** On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

Address, Unit#: _____

City, State, ZIP: _____
Other information about service attempt:

_____

_____

_____

**Second Attempt:** On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

Address, Unit#: _____

City, State, ZIP: _____
Other information about service attempt:

_____

_____

_____

**Third Attempt:** On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

Address, Unit#: _____

City, State, ZIP: _____
Other information about service attempt:

_____

_____

_____

---

## SIGN

I certify under 735 ILCS 5/1-109 that:

1) everything in this document is true and correct, or I have been informed or I believe it to be true and correct, and

2) I understand that making a false statement on this form is perjury and has penalties provided by law.

Your Signature /s/ _____   Print Your Name _____

You are: ☐ Sheriff in Illinois            ☐ Special process server
         ☐ Sheriff outside Illinois: _____   ☐ Licensed private detective, license number: _____
                                    *County and State*                                                    *License number*

**FEES:**

Service and Return: $_____   Miles: $_____   Total: $_____

---

Andrea Lynn Chasteen
Will County Circuit Clerk
Twelfth Judicial Circuit Court
Electronically Filed
2026LA000512
Filed Date: 5/21/2026 8:33 PM
Envelope: 38212046
Clerk: HH

**IN THE CIRCUIT COURT OF WILL COUNTY, ILLINOIS**
**LAW DIVISION**

| | |
|---|---|
| MELANIE MULCONREY, individually and on behalf of all others similarly situated, | |
| Plaintiff, | Case No.  **2026LA000512** |
| v. | **CLASS ACTION COMPLAINT** |
| THE J.M. SMUCKER COMPANY, | **JURY DEMANDED** |
| Defendant. | |

Now comes the Plaintiff, MELANIE MULCONREY ("Plaintiff"), individually and on behalf of all others similarly situated, by and through his attorneys, and for her Class Action Complaint against the Defendant, THE J.M. SMUCKER COMPANY ("Defendant"), Plaintiff alleges and states as follows:

**PRELIMINARY STATEMENT**

1.      This is an action for damages and any other available legal or equitable remedies, for violations of Illinois Consumer Fraud and Deceptive Businesses Practices Act ("ILCFA"), 815 ILCS 505/1 *et seq.*, and unjust enrichment, resulting from the illegal actions of Defendant, in charging Plaintiff unlawful tariffs. Plaintiff alleges as follows upon personal knowledge as to herself and her own acts and experiences, and, as to all other matters, upon information and belief, including investigation conducted by her attorneys.

2.      Beginning on February 1, 2025, and continuing through May 2025, President Donald J. Trump issued a series of executive orders declaring a litany of unprecedented purported national emergency related to drug trafficking, trade deficits, and Venezuelan oil thereby imposing tariff duties on imports from many important United States world trade partners including, but not

RM: 902

Initial case management set for
_____ 9/8/26 at: 9:00 **a.m.**

limited to, Canada, Mexico, India, Germany, and China under the International Emergency Economics Powers Act (IEEPA), 90 Fed. Reg. 9113. See Exec. Order No. 14193 (Feb. 1, 2025); Exec. Order No. 14194 (Feb. 1, 2025); Exec. Order No. 14195 (Feb. 1, 2025); Exec. Order 14257 (Apr. 2, 2025); Exec. Order No. 14245 (Mar. 24, 2025) (Collectively, the Tariff Executive Orders).

3. The sweeping Tariff Executive Orders imposed an array of frequently changing duties ranging from 10% to 84% based on erratic country specific tariff policy dictated through rapidly published Executive Orders. See Exec. Order 14257, 90 Fed. Reg. 15,041 (Apr. 1, 2025); Executive Order 14257, 90 Fed. Reg. 15,041 (Apr. 2, 2025); Exec. Order No. 14,259, 90 Fed. Reg. 15,509 (Apr. 8, 2025); Exec. Order No. 14,266, 90 Fed. Reg. 15,625 (Apr. 9, 2025).

4. After May 2, 2025, duty-free exemptions for good originating from China and Hong Kong were eliminated, so that unlawful IEEPA Tariffs were imposed on all goods originating from China or Hong Kong. Exec. Order No. 14256 (Apr. 2, 2025) (eliminating duty-free de minimis treatment under 19 U.S.C. § 1321(a)(2)(C) for products originating in the People's Republic of China and Hong Kong, effective May 2, 2025).

5. When goods are imported into the United States the United States Customs and Border Protection assesses and collects tariffs on those goods based on the Harmonized Tariff Schedule of the United States. Pub. L. No. 100–418, 102 Stat. 1107 (1988). An importer may receive a refund for tariffs through a process known as "Liquidation". *See* 19 U.S.C. § 1504(b).

6. Defendant paid IEEPA tariffs when it imported the products Plaintiff and similarly situated consumers purchased. To off set the cost of paying IEEPA tariffs Defendant passed the tax burden onto Plaintiff and similarly situated consumers by directly or indirectly charging them the cost of the unlawful IEEPA tariffs.

2

7.     In June, 2025, Defendant announced that it increased its prices to offset the IEEPA tariffs.[1] In November, 2025, Defendant announced that it would not further increase prices based on the IEEPA tariffs, and would instead absorb some of those costs, thereby establishing that the price of its coffee products had already been increased because of IEEPA tariffs it passed on to Plaintiff and other consumers.[2]

8.     On February 2026, the United States Supreme Court held that the IEEPA and other statutes cited in the Tariff Executive orders do not authorize the President to impose tariffs because Article I of the constitution vests taxing power with Congress not the President, and Congress did not provide a clear intent or direction in IEEPA authorizing their imposition. *Learning Resources Inc. et al. v. Trump, President of the United States, et al.,* No. 24-1287, Slip Op. 6, (2026).

9.     As a result, any IEEPA tariffs charged to Defendant were unlawful and unconstitutional, and Defendant is entitled to seek a refund for any tariffs it paid pursuant to the Tariff Executive Orders through either litigation or the Liquidation process. See *Id.*

10.     However, Defendant passed its unlawful IEEPA tariff burdens onto Plaintiff, the Class, and Subclass Members by directly or indirectly charging Plaintiff and the Classes Members the cost of the unlawful IEEPA tariffs. Plaintiff, the Class, and Sub-Class Members were thereby deprived of money paid to Defendant for unlawful IEEPA tariffs.

11.     If Defendant receives a refund for the IEEPA tariffs Defendant will have been provided a windfall as a result of already having charged consumers for the collection of unlawful

---

[1] The J. M. Smucker Co., Fiscal Year 2025 Fourth Quarter Earnings: Prepared Management Remarks (June 10, 2025), https://s203.q4cdn.com/703080298/files/doc_financials/2025/q4/The-J-M-Smucker-Co-FY25-Q4-Earnings-Prepared-Remarks.pdf.
[2] Kristina Peterson, Smucker Nixes Increase to Coffee Prices on Tariff Relief, Bloomberg (Nov. 25, 2025, 12:32 PM), https://www.bloomberg.com/news/articles/2025-11-25/smucker-lowers-top-of-guidance-skips-coffee-price-increase

IEEPA tariffs. Defendant's retention of money obtained from charging consumers for IEEPA tariffs offends public policy, is oppressive and causes substantial injury to consumers by depriving those consumers like Plaintiff, the Class, and Sub-Class Members of the cost of the unlawful IEEPA Tariffs.

12.   Even if Defendant does not receive a refund it is still unfair, oppressive, unscrupulous, and causes substantial injury to consumers to charge consumers the cost of unconstitutional, unlawful IEEPA tariffs that provide no benefit to Plaintiff or other consumers in any way.

## PARTIES

13.   Plaintiff is an individual who was at all relevant times residing in Joliet, Illinois.

14.   Defendant is a Ohio corporation, whose principal place of business is located in Orrville, Ohio.

15.   At all times relevant hereto, Defendant was engaged in the marketing, manufacturing, and sale of consumer products.

## FACTS COMMON TO ALL COUNTS

16.   Defendant manufactures, advertises, markets, sells, and distributes consumer products throughout the United States.

17.   During the Class Period Defendant collected unlawful IEEPA tariffs (the "IEEPA Tariffs") from Plaintiff by passing on its tariff obligations related to all of its coffee products, including Café Bustelo, Dukin, Folgers, Medaglia Doro, and Pilon, pursuant to Exec. Order No. 14193 (Feb. 1, 2025), Exec. Order No. 14194 (Feb. 1, 2025), Exec. Order No. 14195 (Feb. 1, 2025), Exec. Order 14257 (Apr. 2, 2025), Exec. Order No. 14245 (Mar. 24, 2025).

18. On multiple occasions after the unlawful IEEPA Tariffs were imposed, Plaintiff purchased Defendant's Folgers products. For those transactions, Defendant charged unlawful IEEPA Tariffs to Plaintiff.

19. For example, on November 29, 2025, Plaintiff purchased a Folgers product for $18.99 from a Costco in Plainfield, Illinois.

20. Defendant's retention of the unlawful IEEPA Tariffs charged to Plaintiff, the Class, and Sub-Class Members offends public policy as it is unconscionable and unfair for Plaintiff and similarly situated consumers to bare Defendant's tax burden under the IEEPA Tariffs when those tariffs were unlawful and should not have been collected.

21. As a result of Defendant's illegal conduct, Plaintiff and the Class were forced to pay Defendant's tax burdens because Defendant passed the unlawful IEEPA Tariffs on to Plaintiff.

22. Plaintiff and the Class have unequal bargaining power to Defendant, and are unable to negotiate the payment of the unlawful IEEPA Tariffs from Defendant, and therefore Plaintiff, the Class, and Sub-Class members could not have avoided paying the unlawful IEEPA Tariffs.

23. Defendant, and not Plaintiff, the Class, or Sub-Class should have accepted and borne the tax burden of the unlawful IEEPA Tariffs, but, instead Defendant charged Plaintiff, the Class, and Sub-Class members for the cost of the unlawful IEEPA Tariffs.

24. Allowing Defendant to keep the proceeds of the unlawful IEEPA Tariff charges deprives Plaintiff, the Class, and Sub-Class Members of the money paid for the cost of the unlawful IEEPA Tariffs while providing nothing of value to Plaintiff or the Class Members.

25. But for Defendant charging Plaintiff, the Class, and Class Members the cost of the unlawful IEEPA Tariffs, Plaintiff and the Classes' Members would not have needed to pay the unlawful IEEPA Tariffs.

26. As a result of Defendant's acts outlined above, Plaintiff has suffered concrete and particularized injuries and harm, which include, but are not limited to, the following:

    a. Lost money in the amount Defendant charged Plaintiff for the Tariffs.

    b. Wasting Plaintiff's time; and

    c. Stress, aggravation, frustration, loss of trust, loss of serenity, and loss of confidence in economic freedom and stability.

## CLASS ALLEGATIONS

27. Plaintiff brings this action on behalf of herself and all others similarly situated, as a member of the proposed class (the "Class"), defined as follows:

> All persons within the United States who were charged IEEPA Tariffs by Defendant within three years prior to the filing of the original Complaint through the date of class certification.

28. Plaintiff also brings this action on behalf of herself and all others similarly situated, as a member of the proposed sub-class (the "Sub-Class"), defined as follows

> All persons within the State of Illinois who were charged IEEPA Tariffs by Defendant within three years prior to the filing of the original Complaint through the date of class certification.

29. The Class and the Sub-Class satisfy all of the requirements of the Illinois Code of Civil Procedure for maintaining a class action, specifically:

    a. Upon information and belief, the Class and the Sub-Class are so numerous that joinder of all members is impracticable. On information and belief there are hundreds, if not thousands of individuals in the United States and the State of Illinois who purchased the products within the applicable statute of limitations period.

6

b. There are questions of fact and/or law which are common to the Class and the Sub-Class, and which predominate over questions affecting any individual Class or Sub-Class members. These common questions of fact and law include, but are not limited to:

    i. Whether Defendant's retention of the unlawful IEEPA Tariffs paid by Plaintiff, the Class, and Sub-Class Members is unjust, oppressive, unscrupulous, or unfair.

    ii. Whether Defendant unjustly enriched itself as a result of the unlawful conduct alleged above;

    iii. Whether there should be a tolling of the statute of limitations; and

    iv. Whether the Class and Sub-Class members are entitled to restitution, actual damages, punitive damages, and attorneys' fees and costs.

c. Plaintiff's claims are typical of the Class and the Sub-Class, which all arise from the same operative set of facts and are based on the same legal theories

d. Plaintiff has no interests adverse or antagonistic to the interests of the other members of the Class and the Sub-Class.

e. Plaintiff will fairly and adequately protect the interests of the Class and the Sub-Class and Plaintiff has retained experienced and competent attorneys to represent the Class and the Sub-Class.

f. This class action is a fair and efficient adjudication of the controversy alleged herein. Plaintiff anticipates that no unusual difficulties are likely to be encountered in the management of this class action.

g.    This class action will permit large numbers of similarly situated persons to prosecute their common claims in a single forum simultaneously and without the duplication of effort and expense that numerous individual actions would engender. This class action will also permit the adjudication of relatively small claims by many Class and Sub-Class members who would not otherwise be able to afford to seek legal redress for the wrongs complained of herein. Absent a class action, Class and Sub-Class members will continue to suffer losses of legally protected rights, as well as monetary damages. If Defendants' conduct is allowed proceed to without remedy, Defendants will continue to benefit financially from such conduct.

h.    Defendants have acted on grounds generally applicable to the entire Class and Sub-Class, thereby making it appropriate for the Court to order final monetary, injunctive, and declaratory relief with respect to the Class and the Sub-Class as a whole.

30.    Defendant, its employees and agents are excluded from the Class and Sub-Class. Plaintiff does not know the number of members in the Class and Sub-Class, but believes the members number in the thousands, if not more. Thus, this matter should be certified as a Class Action to assist in the expeditious litigation of the matter.

31.    The size and definition of the Class and Sub-Class can be identified by Defendant's own records.

///

///

///

8

## COUNT I
## VIOLATIONS OF THE ILLINOIS CONSUMER FRAUD AND DECEPTIVE BUSINESS PRACTICES ACT, 815 ILCS 505/1, *et seq.*

32. Plaintiff incorporates all of the allegations and statements made in Paragraphs 1 through 31 above as if fully reiterated herein.

33. Plaintiff is a "person" as defined in 815 ILCS 505/1(c), as she is a natural person.

34. Defendant is a "person" as defined in 815 ILCS 505/1(c), as it is a company and a business entity and/or association.

35. 815 ILCS 505/2 states:

> Unfair methods of competition and unfair or deceptive acts or practices, including but not limited to the use or employment of any deception fraud, false pretense, false promise, misrepresentation or the concealment, suppression or omission of any material fact, with intent that others rely upon the concealment, suppression or omission of such material fact, or the use or employment of any practice described in Section 2 of the "Uniform Deceptive Trade Practices Act", approved August 5, 1965, in the conduct of any trade or commerce are hereby declared unlawful whether any person has in fact been misled, deceived or damaged thereby.

36. As a result of Defendant's conduct Plaintiff, the Class, and Sub-Class Members were charged unlawful IEEPA Tariffs. Defendant's retention of the unlawful IEEPA Tariff proceeds is unfair and oppressive because it deprives Plaintiff, the Class, and Sub-Class Members of the cost of those Tariffs while providing nothing of value in return.

37. 815 ILCS 505/10a states:

> (a) Any person who suffers actual damage as a result of a violation of this Act committed by any other person may bring, an action against such person. The court, in its discretion may award actual economic damages or any other relief which the court deems proper...

> (c) [T]he Court may grant injunctive relief where appropriate and may award, in addition to the relief provided in this Section, reasonable attorney's fees and costs to the prevailing party.

9

38.     In taking the actions set forth above, Defendant violated the Illinois Consumer Fraud and Deceptive Business Practices Act, including, but not limited to, 815 ILCS 505/2, by charging Plaintiff, the Class, and Sub-Class Members unlawful IEEPA Tariffs thereby shifting Defendant's Tariff tax burdens onto Plaintiff and similarly situated consumers.

39.     Defendant failed to comply with the requirements of the ILCFA, including, but not limited to, 815 ILCS 505/2 as to the Class and Sub-Class members with respect to the above-alleged transactions.

40.     By reason thereof, Plaintiff is entitled to a judgment against Defendant, declaring that Defendant's conduct violated 815 ILCS 505/2, enjoining Defendant from engaging in similar conduct in the future, and awarding actual damages, punitive damages, injunctive relief, costs, and attorneys' fees.

## PRAYER FOR RELIEF

Wherefore, Plaintiff prays for a judgment against Defendant as follows:

a.     An order certifying the Class and the Sub-Class and appointing Plaintiff as Representative of the Class and the Sub-Class;

b.     An order certifying the undersigned counsel as the Class and Sub-Class Counsel;

c.     An order requiring Defendant, at its own cost, to notify all members of the Class and the Sub-Class of the unlawful, unfair, and unconscionable conduct herein;

d.     Judgment against Defendant in an amount to be determined at trial;

e.     An order for injunctive relief prohibiting such conduct by Defendant in the future;

10

f.　　Judgment against Defendant for Plaintiff's attorneys' fees, court costs, and other litigation costs; and

g.　　Any other relief deemed just and proper by this Court.

## COUNT II
## UNJUST ENRICHMENT

41.　　Plaintiff incorporates all of the allegations and statements made in Paragraphs 1 through 31 above as if fully reiterated herein.

42.　　Plaintiff conferred monetary benefits to Defendant by paying the unlawful IEEPA Tariffs Defendant charged to Plaintiff.

43.　　Defendant has been unjustly enriched by shifting its unlawful IEEPA Tariff burden onto Plaintiff, the Class, and Sub-Class members. The IEEPA Tariffs were unlawful, and as a result Defendant has imposed the cost of those unlawful IEEPA Tariffs upon Plaintiff.

44.　　Defendant's retention of the money it received from Plaintiff, and the Class and Sub-Class members, is unjust and inequitable because Defendant passed on an unlawful tax burden to Plaintiff, and the Class and Sub-Class members, and thereby depriving them of the cost of those unlawful IEEPA Tariffs.

45.　　Defendant's unjust retention of the benefits conferred on it by Plaintiff, and the Class and Sub-Class members, entitles Plaintiff, and the Class and Sub-Class members, to restitution of the money they paid to Defendant for the Products.

## PRAYER FOR RELIEF

Wherefore, Plaintiff prays for a judgment against Defendant as follows:

a.　　An order certifying the Class and the Sub-Class and appointing Plaintiff as Representative of the Class and the Sub-Class;

11

b.  An order certifying the undersigned counsel as the Class and Sub-Class Counsel;

c.  An order requiring Defendant, at its own cost, to notify all members of the Class and the Sub-Class of the unlawful, unfair, deceptive, and unconscionable conduct herein;

d.  Judgment against Defendant in an amount to be determined at trial;

e.  Judgment against Defendant for Plaintiff's attorneys' fees, court costs, and other litigation costs; and

f.  Any other relief deemed just and proper by this Court.


**JURY DEMAND**

Plaintiff demands a trial by jury on all issues in this action so triable, except for any issues relating to the amount of attorneys' fees and costs to be awarded should Plaintiff prevail on any of her claims in this action.


RESPECFULLY SUBMITTED,

MELANIE MULCONREY

Todd M. Friedman
Attorney for Plaintiff
Illinois Attorney No. 6276496
Law Offices of Todd M. Friedman, P.C.
23586 Calabasas Rd., Suite 105
Calabasas, CA 91302
Phone: (323) 306-4234
tfriedman@toddflaw.com

12

Steven G. Perry
Attorney for Plaintiff
Illinois Attorney No. 6330283
Law Offices of Todd M. Friedman, P.C.
555 Skokie Blvd., Suite 500
Northbrook, IL 60062
Phone: (224) 218-0875
Steven.perry@toddflaw.com

13

Andrea Lynn Chasteen
Will County Circuit Clerk
Twelfth Judicial Circuit Court
Electronically Filed
2026LA000512
Filed Date: 5/21/2026 8:33 PM
Envelope: 3821204
Clerk: HH

**IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT**
**WILL COUNTY, ILLINOIS**

MELANIE MULCONREY,

**Plaintiff**

**vs**

THE J.M. SMUCKER COMPANY,

**CASE NO:** _2026LA000512_

**Defendant**

# JURY DEMAND

☒ Plaintiff

☐ Defendant

in the above entitled cause demands a jury as to the following:

☐ Small Claims Six (6) Person Jury Demand

☐ Small Claims Twelve (12) Person Jury Demand

☐ Probate Jury Demand

☐ All Other Civil Matters:

    ☐ Six (6) Person Jury Demand

    ☒ Twelve (12) Person Jury Demand

☐ Ordinance Violation Jury Demand

_____
(Signature)

Attorney or Party, if not represented by Attorney
Name  Steven G. Perry
ARDC #  6330283
Firm Name  Law Offices of Todd M. Friedman, P.C.
Attorney for  Plaintiff Melanie Mulconrey
Address  555 Skokie Blvd., Suite 500
City & Zip Code  Northbrook, IL 60062
Telephone  224-218-0875

**ANDREA LYNN CHASTEEN, CLERK OF THE CIRCUIT COURT OF WILL COUNTY**

Original – Court    Copy – Plaintiff    Copy – Defendant      **17C** Revised (12/16)

Andrea Lynn Chasteen
Will County Circuit Clerk
Twelfth Judicial Circuit Court
Electronically Filed
2026LA000512
Filed Date: 5/21/2026 8:33 PM
Envelope: 38212046
Clerk: HH

# APPEARANCE (CIVIL)

## IN THE STATE OF ILLINOIS, CIRCUIT COURT

*This is my official notice that I am participating in this case.*

**COUNTY:** Will

*County Where You Are Filing the Case*

*Enter the case information as it appears on your other court documents.*

**PLAINTIFF/PETITIONER OR IN RE:**  MELANIE MULCONREY

*Who started the case.*          *First, Middle, and Last Name, or Business Name*

**DEFENDANTS/RESPONDENTS:**  THE J.M. SMUCKER COMPANY

*Who the case was filed against.*

*First, Middle, and Last Name, or Business Name*

**2026LA000512**

**Case Number**

---

If you want to request a trial with a judge and a jury (jury trial), you will also need to **fill out and file a separate** *Jury Request* form, available at ilcourts.info/jury-request. You do not have a right to a jury trial in every case. If you want a trial with a judge only (bench trial), do **not** file the separate *Jury Request* form.

The **deadline** for filing a *Jury Request* is different depending on the type of case and your situation. If you are the Plaintiff or Petitioner, usually you must file a *Jury Request* at the same time that you file the case. If you are the Defendant or Respondent, usually you must file a *Jury Request* at the same time you file your *Appearance*.

## 1.  NAME & INFORMATION

*If you do not have a lawyer, enter your information below to tell the court how to address you.*
*If you are a lawyer entering an appearance for a client, enter your client's information below.*

**Name:** Melanie                                        Mulconrey

*First*                          *Middle*                          *Last Name*

**Pronouns** *(Optional)*:
☐ He/Him   ☐ She/Her   ☐ They/Them   ☐ Other: _____

**Prefix** *(Optional)*:
☐ Mr.   ☐ Ms.   ☐ Mrs.   ☐ Mx.   ☐ Other: _____

## 2.  APPEARANCE

*Check only one box.*

☐ **I do not have a lawyer** and I am entering my own appearance in this case. With this *Appearance* form, I am telling the court that I am participating in this case.

**- OR -**

☑ **I am a lawyer** entering my appearance for the client listed in section 1:

Law Offices of Todd M. Friedman, P.C.

*Attorney or Firm Name*

---

*This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts. Forms are free at ilcourts.info/forms.*

ATJ 503.11                          Page 1 of 3                          (08/25)

Case Number _____

# SIGN

Under Illinois Supreme Court Rule 137, my signature means that:

1) I read the document, 2) I have been informed and believe it is true and correct, and 3) I am not filing it to cause delay or for another bad reason.

If you are filling out this form online, sign your name by typing it. If you are filling out this form by hand, sign and print your name.

Signature /s/ Steven G. Perry _____ Print Name Steven G. Perry _____

☐ **I am completing this form for myself**

Phone Number _____ Email (if you have one) _____

Your Address _____
               *Street, Apt. #*                         *City*               *State*        *Zip Code*

Be sure to **check your email every day** so you do not miss important information, court dates, or documents from other parties.

☑ **I am a lawyer completing this form on behalf of a client** (Client name): _____

Lawyer Name Steven G. Perry _____ Attorney Number 6330283 _____

Lawyer Phone Number (224) 218-0875 _____ Law Firm Law Offices of Todd M. Friedman, P.C. _____

Lawyer Email steven.perry@toddflaw.com _____

Address 555 Skokie Blvd., Suite 500, Northbrook, IL 60062 _____
               *Street, Apt. #*                         *City*               *State*        *Zip Code*

## PROOF (EXPLANATION) OF DELIVERY

*This tells the judge how and when you will send your documents **to the other people in the case** under Rule 11. If a person in the case has a lawyer, **you must send your documents to their lawyer.** File this form with the Circuit Clerk, but do not list the Clerk below as a person you are sending your documents to.*

**A. I am sending this *Proof of Delivery* and the following court documents:**

Appearance _____
        *Name of Documents*

**To:** THE J.M. SMUCKER COMPANY _____
        *Full Name or Law Firm Name*

**B. I am sending the documents:**

☐ By **email** to this email address: _____

☐ Through an approved **e-filing website (EFSP)** to this email address: _____

> **STOP** You **must** send documents electronically (by email or through an EFSP) if you and the person you are sending documents to have an email address. If you or the person you are sending to do not have an email address, or if you have permission from the judge, you may send documents using the options below.

☑ I am sending the documents to this address:

208 S. LaSalle Street, Chicago, IL 60604 _____
        *Street, Apt. #*                         *City*               *State*        *Zip Code*

By *(check all that apply):*

☑ Personal hand delivery.
    *You can only deliver to the person, person's family member over 13 at person's residence, person's lawyer, or the lawyer's office.*

☐ Mail or third-party carrier (FedEx, UPS, etc.) to the address listed above, with postage or delivery prepaid.

Location of mailbox or third-party carrier: _____
                                            *Address or Intersection*        *City*        *State*

Case Number _____

☐ Mail from a prison or jail: _____
*Name and Address of Prison or Jail*

**C. The documents will be sent on:** Date: 05/21/2026 _____ Time: _____
*Month, Day, Year*      *Include AM or PM*

☐ I am sending the document to more than 1 person and have completed an additional *Proof of Delivery* form.

---

## SIGN

Under 735 ILCS 5/1-109, my signature means that:

1) Everything in this document is true and correct, or I have been informed or I believe it to be true and correct, and

2) I understand that making a false statement on this form is perjury and has penalties provided by law.

If you are filling out this form online, sign your name by typing it. If you are filling out this form by hand, sign and print your name.

Signature /s/ Steven G. Perry _____ Print Name Steven G. Perry _____

☐ **I am completing this form for myself**

Phone Number _____ Email (if you have one) _____

Address _____
     *Street, Apt. #*      *City*      *State*      *Zip Code*

Be sure to **check your email every day** so you do not miss important information, court dates, or documents from other parties.

☑ **I am a lawyer completing this form on behalf of a client** (Client name): _____

Lawyer Name Steven G. Perry _____ Attorney Number 6330283 _____

Lawyer Phone Number (224) 218-0875 _____ Law Firm Law Offices of Todd M. Friedman, P.C. _____

Lawyer Email steven.perry@toddflaw.com _____

Address 555 Skokie Blvd., Suite 500, Northbrook, IL 60062 _____
     *Street, Apt. #*      *City*      *State*      *Zip Code*

---



# WHAT'S NEXT

## NEXT STEP FOR PERSON FILLING OUT THIS FORM:

After you fill out your forms, file them with the Circuit Clerk's office in the county where your case is taking place. Then, send your forms to the other people in the case. Find your Circuit Clerk: ilcourts.info/clerks.



Learn more about each step in the process and how to file in our Instructions: ilcourts.info/how-to-appearance.

## NEXT STEP FOR PERSON RECEIVING THIS DOCUMENT:

For more information about going to court, including how to fill out and file forms, call or text **Illinois Court Help** at 833-411-1121 or go to ilcourthelp.gov.

If there are any words or terms that you do not understand, please **visit Illinois Legal Aid Online** at ilao.info/glossary. You may also find more information, resources, and the location of your local legal self-help center at: ilao.info/lshc-directory.

Andrea Lynn Chasteen
Will County Circuit Clerk
Twelfth Judicial Circuit Court
Electronically Filed
2026LA000512
Filed Date: 6/1/2026 8:44 PM
Envelope: 38352044
Clerk: GA

**IN THE CIRCUIT COURT OF WILL COUNTY, ILLINOIS**
**LAW DIVISION**

MELANIE MULCONREY, individually   )
and on behalf of all others similarly situated, )
                                )
      Plaintiffs,               )      No. 2026LA000512
                                )
v.                            )
                                )
THE J.M. SMUCKER COMPANY,     )
                                )
      Defendant.              )

## PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

Now comes the Plaintiff, MELANIE MULCONREY, by and through her attorneys, and brings this Motion for Class Certification against Defendant, THE J.M. SMUCKER COMPANY individually and on behalf of a class and sub-class of all others similarly situated. In support thereof, Plaintiff alleges and states as follows:

1. As alleged in Plaintiff's Complaint, Defendant charged Plaintiff for unlawful Tariffs as part of three transactions that occurred after President Donald J. Trump issued a series of executive orders declaring a litany of unprecedented purported national emergency related to drug trafficking, trade deficits, and Venezuelan oil thereby imposing tariff duties on imports from many important United States world trade partners including, but not limited to, Canada, Mexico, India, Germany, and China under the International Emergency Economics Powers Act (IEEPA), 90 Fed. Reg. 9113. See Exec. Order No. 14193 (Feb. 1, 2025); Exec. Order No. 14194 (Feb. 1, 2025); Exec. Order No. 14195 (Feb. 1, 2025); Exec. Order 14257 (Apr. 2, 2025); Exec. Order No. 14245 (Mar. 24, 2025).

2. Defendant passed its unlawful IEEPA tariff burdens onto Plaintiff, the Class, and Subclass Members by directly or indirectly charging Plaintiff and the Classes Members the cost

of the unlawful IEEPA tariffs. Plaintiff, the Class, and Sub-Class Members were thereby deprived of money paid to Defendant for unlawful IEEPA Tariffs

3. As a result, charging consumers for the collection of unlawful IEEPA tariffs offends public policy, is oppressive and causes substantial injury to consumers by depriving those consumers like Plaintiff, the Class, and Sub-Class Members of the cost of the unlawful IEEPA Tariffs

4. As a result of Defendant's acts and omissions outlined above, Plaintiff has suffered concrete and particularized injuries, harm, and damages, which include, but are not limited to, the following:

  a. Lost money paid to Defendant for the cost of unlawful IEEPA Tariffs;

  b. Wasting Plaintiff's time; and

  c. Stress, aggravation, frustration, inconvenience, loss of trust, loss of serenity, and loss of confidence in economic stability and fairness.

5. Plaintiff brings claims, pursuant to 735 ILCS 5/2-801, *et seq.*, individually and on behalf of the following class (the "Class"): All persons within the United States who purchased the Products within three years prior to the filing of the Complaint through the date of class certification.

6. Plaintiff also brings claims, pursuant to 735 ILCS 5/2-801, *et seq.*, individually and on behalf of the following sub-class (hereinafter the "Sub-Class"): All persons within the State of Illinois who purchased the Products within three years prior to the filing of the Complaint through the date of class certification.

7. Illinois Rule of Civil Procedure section 5/2-801 states that an action may be maintained as a class action in any court of this state if the court finds that:

(1)     The class is so numerous that joinder of all members is impracticable.

(2)     There are questions of fact or law common to the class, which common questions predominate over any questions affecting only individual members.

(3)     The representative parties will fairly and adequately protect the interest of the class.

(4)     The class action is an appropriate method for the fair and efficient adjudication of the controversy.

735 ILCS 5/2-801.

8.     The Class and the Sub-Class satisfy all of the requirements of the Illinois Code of Civil Procedure for maintaining a class action, specifically:

a.     Upon information and belief, the Class and the Sub-Class are so numerous that joinder of all members is impracticable. On information and belief there are hundreds, if not thousands of individuals in the United States and the State of Illinois who purchased the products within the applicable statute of limitations period.

b.     There are questions of fact and/or law which are common to the Class and the Sub-Class, and which predominate over questions affecting any individual Class or Sub-Class members. These common questions of fact and law include, but are not limited to:

i.     Whether Defendant's retention of the unlawful IEEPA Tariffs paid by Plaintiff, the Class, and Sub-Class Members is unjust, oppressive, unscrupulous, or unfair;

3

ii.      Whether Defendant unjustly enriched itself as a result of the unlawful conduct alleged above;

iii.     Whether there should be a tolling of the statute of limitations; and

iv.     Whether the Class and Sub-Class members are entitled to restitution, actual damages, punitive damages, and attorneys' fees and costs.

c.     Plaintiff's claims are typical of the Class and the Sub-Class, which all arise from the same operative set of facts and are based on the same legal theories

d.     Plaintiff has no interests adverse or antagonistic to the interests of the other members of the Class and the Sub-Class.

e.     Plaintiff will fairly and adequately protect the interests of the Class and the Sub-Class and Plaintiff has retained experienced and competent attorneys to represent the Class and the Sub-Class.

f.     This class action is a fair and efficient adjudication of the controversy alleged herein. Plaintiff anticipates that no unusual difficulties are likely to be encountered in the management of this class action.

g.     This class action will permit large numbers of similarly situated persons to prosecute their common claims in a single forum simultaneously and without the duplication of effort and expense that numerous individual actions would engender. This class action will also permit the adjudication of relatively small claims by many Class and Sub-Class members who would not otherwise be able to afford to seek legal redress for the wrongs complained of herein. Absent a class action, Class and Sub-Class members will continue to suffer losses of legally protected rights, as well as monetary

4

damages. If Defendant's conduct is allowed proceed to without remedy, Defendant will continue to benefit financially from such conduct.

h.    Defendant has acted on grounds generally applicable to the entire Class and Sub-Class, thereby making it appropriate for the Court to order final monetary, injunctive, and declaratory relief with respect to the Class and the Sub-Class as a whole.

5.    Plaintiff believes that upon completion of discovery in this matter, Plaintiff will be able to prove each of the allegations to the satisfaction of this Court. Therefore, Plaintiff requests the Court defer any ruling on this motion until after discovery has closed and Plaintiff has filed an amended or supplemental motion for class certification.

WHEREFORE, Plaintiff respectfully requests this Honorable Court enter an order certifying the proposed class and sub-class, but defer any ruling on this Motion until after discovery has been completed and Plaintiff has filed an amended or supplemental motion for class certification.

RESPECTFULLY SUBMITTED,

MELANIE MULCONREY

_____

Steven G. Perry
Attorney for Plaintiff
Illinois Attorney No. 6330283
Law Offices of Todd M. Friedman, P.C.
555 Skokie Blvd., Suite 500
Northbrook, IL 60062
Phone: (224) 218-0875
Steven.perry@toddflaw.com

5

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 1, 2026, a copy of Plaintiff's Motion for

Class Certification was served upon the following party, by depositing the same in the U.S. Mail,

with proper first-class postage prepaid thereon:

THE J.M. SMUCKER COMPANY
c/o C T Corporation System (registered agent)
208 S. LaSalle Street, Suite 814
Chicago, IL 60604-1101

 

 

Steven G. Perry
Attorney for Plaintiff

6